NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN AUTO LOGISTICS, LP,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES, INTERNATIONAL AUTO LOGISTICS, LLC,**

*Defendants-Appellees*

---

2014-5132

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00102-MBH, Judge Marian Blank Horn.

---

**JUDGMENT**

---

TIMOTHY A. SULLIVAN, Thompson Coburn, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by KATHERINE S. NUCCI, JAYNA MARIE RUST; SCOTT F. LANE, St. Louis, MO.

DOUGLAS K. MICKLE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United

States.  Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.

WALTER BRAD ENGLISH, Maynard, Cooper & Gale, P.C., Huntsville, AL, argued for defendant-appellee International Auto Logistics, LLC. Also represented by EMILY J. CHANCEY, JOHN ANDREW WATSON, III, GARY L. RIGNEY, JON DAVIDSON LEVIN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 15, 2015                          /s/  Daniel  E.  O'Toole
        Date                              Daniel E. O'Toole
                                          Clerk of Court